

P31116/J. Verga

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

# 07 CRIM. 642

**TO:**      Jim Molinelli, Miscellaneous Clerk

**FROM:**   Jessica Verga, USPO

**RE:**      Betts, Rahsaan

**DATE:**    June 25, 2007

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On February 28, 2001, the above-named individual was sentenced in the Middle District of Pennsylvania outlined in the attached J & C.

In June 2007, we received the Prob. 22's endorsed by the Honorable A. Richard Caputo, U.S. District Court Judge, ordering Mr. Betts' transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-0034.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: _____
Jessica Verga
U.S. Probation Officer